JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Thomas S. Resch

## DEFENDANTS
Sugarhouse HSP Gaming, L.P. d/b/a Rivers Casino Philadelphia f/k/a Sugarhouse Casino

(b) County of Residence of First Listed Plaintiff   **Palm Beach Cty., FL**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Scott M. Pollins, Pollins Law, 303 W. Lancaster Ave., Ste. 1C, Wayne, PA 19087, 610-896-9909

Attorneys *(If Known)*
Elizabeth A. Malloy - Cozen O'Connor

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|                                              | PTF | DEF |                                                    | PTF | DEF |
|----------------------------------------------|-----|-----|----------------------------------------------------|-----|-----|
| Citizen of This State                        | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                     | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country      | ☐ 3 | ☐ 3 | Foreign Nation                                     | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | ☒ 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
ADEA
Brief description of cause:
Termination of employment due to retaliation/age discrimination

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
Unliquidated

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   01/06/2021

SIGNATURE OF ATTORNEY OF RECORD   *(signature)*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __Delray Beach, Florida__

Address of Defendant: __1001 North Delaware Avenue, Philadelphia, PA__

Place of Accident, Incident or Transaction: __1001 North Delaware Avenue, Philadelphia, PA__

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __01/06/2021__   _[signature]_   __PA76334__
                      *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    *(Please specify): _____*

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify): _____*
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    *(Please specify): _____*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Scott M. Pollins__, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: __01/06/2021__   _[signature]_   __PA76334__
                      *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS S. RESCH : | |
| Plaintiff : | CIVIL ACTION NO. |
| v. : | |
| SUGARHOUSE HSP GAMING, L.P. : | |
| d/b/a RIVERS CASINO PHILADELPHIA : | JURY TRIAL DEMANDED |
| f/k/a SUGARHOUSE CASINO : | |
| Defendant : | |

## COMPLAINT

**I.    INTRODUCTION**

1. Plaintiff, Thomas S. Resch (TResch), brings this action under the Age Discrimination in Employment Act (ADEA) and the Pennsylvania Human Relations Act (PHRA) against his former employer, Defendant, Sugarhouse HSP Gaming, L.P. d/b/a Rivers Casino Philadelphia f/k/a Sugarhouse Casino (Rivers). TResch seeks back pay, front pay in lieu of reinstatement, loss of earnings capacity, compensatory damages (under the PHRA only), liquidated damages (under the ADEA only), interest, negative tax consequence damages, injunctive relief, and attorney's fees and costs.

**II.   JURISDICTION AND VENUE**

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 and the ADEA. Furthermore, Rivers' conduct violated the PHRA, and the pendant jurisdiction of this Court is invoked to remedy those violations.

3. Venue is proper as TResch worked at Rivers, which is located in the Eastern District of Pennsylvania.

4. TResch exhausted all remedies available to him as set forth in the ADEA by timely filing a complaint with the Equal Employment Opportunity Commission (EEOC) and dually filing with the Pa. Human Relations Commission (PHRC). The EEOC issued

a notice of right to sue on October 14, 2020 and this Complaint is filed within 90 days of that date.

### III.     PARTIES

5. TResch resides in Delray Beach, FL and he is currently 73 years of age.

6. Rivers is a gambling casino located at 1001 North Delaware Avenue, Philadelphia, PA. Rivers also has casinos in Pittsburgh, Des Plaines, IL and Schenectady, NY.

7. At all material times hereto, Rivers acted through its employees, agents, and/or representatives who were acting within the course and scope of their employment and authority.

### IV.     FACTUAL BACKGROUND

8. TResch is a professional poker dealer with experience dealing at two World Series of Poker (WSOP) events and multiple casinos in the Philadelphia area.

9. TResch applied to be a poker dealer at Rivers Casino in about March 2018, February 2019 and again in July/August 2019. As of about October 2019, Sugarhouse Casino became known as Rivers Casino Philadelphia.

10. Each time TResch auditioned to be a poker dealer he was not hired.

11. After not being hired for at least the third time over the past year and a half or so and in about August/September 2019, TResch spoke with Aaron Harvey, who upon information and belief is the hiring manager at Rivers Casino. Mr. Harvey told TResch it was not his final decision and he did not understand why Rivers did not hire him.

12. TResch periodically played poker at Rivers and he noticed that the poker dealers appeared to be much younger than him. He became concerned that Rivers was not hiring him because of age discrimination.

13. TResch decided to go to Rivers and speak with Tom Bates, who is the poker room manager.

14. TResch spoke with Mr. Bates in about October 2019. He told Mr. Bates that Rivers repeatedly not hiring him is a case of age discrimination. TResch told Mr. Bates his performance is good and his experience and skill are definitely good enough to deal poker at Rivers. He told Mr. Bates that he was considering filing a complaint of age discrimination with the EEOC. Mr. Bates denied that Rivers was not hiring TResch due to age discrimination. After TResch spoke with Mr. Bates, he saw Mr. Harvey and told him what he had discussed with Mr. Bates. Mr. Harvey told TResch 'we'll see where it goes'.

15. Several weeks later, Mr. Harvey called TResch and informed him that Rivers had openings for poker dealers, and he should come in.

16. TResch was surprised to receive such a call because Rivers had repeatedly refused to hire him, and he had not re-applied to work there since he spoke with Mr. Bates a few weeks prior. Nevertheless, TResch wanted to work as a poker dealer at Rivers so he attended a new employee orientation on December 10 and 11, 2019.

17. TResch's first day working at Rivers was 12/20/19. His shift started at 10pm. Prior to his first day, he called Mr. Harvey and asked him whether he would have an overview of what to expect. Mr. Harvey told TResch to come in a half hour early on his first night of work, which is what TResch did on 12/20.

3

18. When TResch came in early on his first night of work on 12/20, he saw shift manager Mike Ricci. He told him to go see Andrew, who was the floor person. He asked Andrew how the BRAVO system worked. The BRAVO system is a new touch screen system used by Rivers at its poker tables. TResch wanted to be familiar with how to use the new BRAVO system before he started dealing so he would be efficient from the beginning. Andrew told TResch 'Thomas, you ask way too many questions. It's not that difficult, just get in there and deal and you will figure it out.'

19. TResch worked on 12/20, 12/21 and 12/26. Each night he worked he asked for an employee identification or swipe card which was supposed to be issued to all new employees. Each night he was told that they would get him the swipe card but he never received one. In fact, on the night of 12/26 he was told that he was not in Rivers' system yet.

20. TResch did not understand why Rivers did not issue him a swipe card because Rivers had already issued an employee swipe card to the two younger poker dealers who started at the same time he did, Erin and Wayne (both are in their 30's, do not know their last names).

21. When TResch showed up for work on 12/27/19, Mr. Ricci came out of the office and asked to see him. He then took TResch to the office where a table games manager was waiting. Mr. Ricci told TResch he was being terminated. Mr. Ricci said he was only the messenger and if TResch had any questions that he should speak with Mr. Bates tomorrow.

22. The next day on 12/28 TResch called and spoke with Mr. Bates. Mr. Bates told TResch that he did not perform up to expectations. Mr. Bates told TResch that he

4

only dealt 9-12 hands per shift (30 minutes) and he needed to deal 15-17 hands per shift. TResch told Mr. Bates that nobody said anything to him about dealing too slowly. He told Mr. Bates that poker players take time to make their bets, especially at high stakes games like he was dealing for. TResch told Mr. Bates that he had no warning. TResch told Mr. Bates that not only did Rivers not give him a 90 day probationary period they did not even give him a 90 hour probationary period. TResch told Mr. Bates that he thinks when he told Mr. Bates that he was going to file an age discrimination case with the EEOC that Mr. Bates did his due diligence and then pulled the plug on him.

23. Upon information and belief, Rivers has never hired a poker dealer and fired them after only three days of work without any verbal or written warning or doc. coaching for dealing too slowly.

24. Upon information and belief, Rivers did not summarily terminate after only three days of employment any poker dealers who were substantially younger than TResch due to dealing too slowly.

25. Rivers hired TResch to avoid him filing an age discrimination claim. Rivers never intended to actually keep him on as an employee. They hired TResch in an attempt to avoid a failure to hire age discrimination complaint.

26. Rivers fired TResch in retaliation for saying he was going to file an EEOC complaint for age discrimination and also due to his age.

27. TResch has suffered, is now suffering and will continue to suffer emotional distress, loss of earnings capacity, loss of earnings in the past and in the future, reputation damage, embarrassment, humiliation, inconvenience, mental anguish, and other nonpecuniary losses as a direct result of Rivers' unlawful conduct.

**V.    CLAIMS**

**COUNT I –Retaliation (ADEA and PHRA)**

28.  Paragraphs 1-27 are incorporated by reference as if fully set forth herein.

29.  The acts, failures to act, practices and policies of Rivers set forth above constitute retaliation in violation of the ADEA and PHRA.

WHEREFORE, TResch respectfully demands judgment in his favor and against Rivers for compensatory damages (under the PHRA only) for emotional distress, loss of earnings capacity, mental anguish, humiliation and embarrassment, back pay, reinstatement or front pay, liquidated damages (under the ADEA only), interest, negative tax consequence damages, attorney's fees plus costs, declaratory relief that the conduct engaged in by Rivers violated TResch's civil rights, equitable/injunctive relief directing Rivers to cease any and all unlawful retaliation against their employees and such other relief as the Court deems proper.

**COUNT II – Age Discrimination (ADEA and PHRA)**

30.  Paragraphs 1-27 are incorporated by reference as if fully set forth herein.

31.  The acts, failures to act, practices and policies of Rivers set forth above constitute age discrimination in violation of the ADEA and PHRA.

WHEREFORE, TResch respectfully demands judgment in his favor and against Rivers for compensatory damages (under the PHRA only) for emotional distress, loss of earnings capacity, mental anguish, humiliation and embarrassment, back pay, reinstatement or front pay, liquidated damages (under the ADEA only), interest, negative tax consequence damages, attorney's fees plus costs, declaratory relief that the conduct engaged in by Rivers violated TResch's civil rights, equitable/injunctive relief directing Rivers to cease any and all unlawful retaliation against their employees and such other relief as the Court deems proper.

Respectfully submitted,

By: /s/ Scott M. Pollins
Scott M. Pollins - Pa. Atty. Id. No. 76334
**Pollins Law**
303 W. Lancaster Ave., Ste. 1C
Wayne, PA 19087
(610) 896-9909 (phone)/(610) 896-9910 (fax)
scott@pollinslaw.com (email)

Attorney for Plaintiff, Thomas S. Resch

Date: 1/6/21