IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS S. RESCH,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SUGARHOUSE HSP GAMING, L.P.,**<br><br>*Defendant.* | Case No. 2:21-cv-00042-JDW |

## ORDER

**AND NOW**, this 9th day of September, 2022, upon consideration of Defendant SugarHouse HSP Gaming, L.P. d/b/a Rivers Casino Philadelphia's Motion For Summary Judgment (ECF No. 13), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and summary judgment is **ENTERED** in favor of Defendant SugarHouse HSP Gaming, L.P. and against Plaintiff Thomas Resch on all of Mr. Resch's claims. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.